IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

DAVID D. RICHARDSON,

          Plaintiff,

v.

KEVIN PIERCE, et al.,

          Defendants.

CIVIL ACTION
NO. 17-2393

## **ORDER**

**AND NOW**, this 23rd day of October 2017, upon consideration of Plaintiff's Complaint (Doc. No. 1), Defendants District Attorney Thomas Hogan and Assistant District Attorney Kevin Pierce's Motion to Dismiss Plaintiff's Complaint (Doc. No. 2), Plaintiff's Response to Defendants Pierce/Hogan's Motion to Dismiss Plaintiff's Complaint (Doc. No. 5), Defendants District Attorney Thomas Hogan and Kevin Pierce's Reply to Plaintiff's Brief in Opposition (Doc. No. 6), Defendant County of Chester's Motion to Dismiss Plaintiff's Complaint Pursuant to Rule 12(b)(6) of the Federal Rules of Civil Procedure (Doc. No. 7), and in accordance with the Opinion of the Court issued this day, it is **ORDERED** as follows:

1. Defendants' Motions to Dismiss Plaintiff's Complaint (Doc. Nos. 2, 7) are **GRANTED**.

2. The Clerk of Court shall close this case for statistical purposes.

                                              BY THE COURT:


                                              /s/ Joel H. Slomsky
                                              JOEL H. SLOMSKY, J.